Filed 1/17/24

CERTIF IED FOR PUBLICATION

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

DELIA GUERRERO et al.,
Plaintiffs and Respondents,
V.

CITY OF LOS ANGELES,
Defendant and Appellant;

TTLC LOS ANGELES — EL SERENO LLC et
al.,

Real Parties in Interest and Appellants.

B326033 c/w
B327032

(Los Angeles
County

Super. Ct. No.
21STCP02307)

APPEAL from a judgment of the Superior Court of Los
Angeles County, Maurice A. Leiter, Judge. Reversed and

remanded with directions.

Hydee Feldstein Soto, City Attorney, Denise C. Mills, Chief
Deputy City Attorney, John W. Heath, Sr., and Terry Kaufman
Macias Assistant City Attorneys, Kathryn Phelan and Marvin

Bonilla Deputy City Attorneys; Downey Brand and Andrew

Skanchy for Defendant and Appellant.